```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
ALONZO VASQUEZ on behalf of himself                      :
and all others similarly situated,                       :
                                                         :
                        Plaintiff,                       :     16-CV-6609 (VSB)
                                                         :
            - against -                                  :     **ORDER**
                                                         :
MULLOOLY, JEFFREY, ROONEY &                              :
FLYNN LLP,                                               :
                                                         :
                        Defendant.                       :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

   It has been reported to the Court that this case has been settled.  (Doc. 35).  Accordingly, it is hereby:

   ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  November 6, 2017
        New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge